# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X
**Cartwright, et al.,**

                Plaintiffs, : 19CV10853 (VB)(LMS)

  -against- : **ORDER**

**Commissioner of Social Security,**

                Defendant.
------------------------------------------------------------X

**LISA MARGARET SMITH, United States Magistrate Judge:**

On November 26, 2019, Plaintiffs filed their Complaint, Docket # 3, which was served upon Defendant by various means, and received on dates from December 9, through December 16, 2019, Docket ## 8-9. Accordingly, it is hereby

ORDERED that Defendant shall within 90 days of the date of this Order file the certified transcript of administrative proceedings, which shall constitute Defendant's answer, or otherwise move against the Complaint; and it is further

ORDERED that Plaintiffs shall file a motion for judgment on the pleadings within 60 days of the date on which Defendant files the certified transcript of the administrative proceedings which motion submission must contain a full recitation of the relevant facts and a full description of the underlying administrative proceedings; Defendant shall within 60 days after Plaintiffs' submission, file and serve its response to Plaintiffs' motion for judgment on the pleadings which shall state any additional or contrary facts deemed necessary to resolve the case; and Plaintiffs shall file any reply within 21 days after service of the answering papers; and it is further

ORDERED that memoranda in support of or in opposition to any dispositive motion filed under this Order shall not exceed 25 pages in length and reply memoranda shall not exceed 10

pages in length. A party seeking to exceed these page limitations must apply to the Court for leave to do so, with copies to all counsel, no fewer than seven days before the date upon which the memorandum must be filed.

Dated: December 17, 2019
      White Plains, New York

SO ORDERED,

_____
Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York