UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

TIMOTHY CARTWRIGHT, et al.,

                  **Plaintiffs,**

  -against-

COMMISSIONER OF SOCIAL SECURITY,

                  **Defendant.**

-------------------------------------------------------------X

**ORDER**

**19CV10853 (LMS)**

**LISA MARGARET SMITH, United States Magistrate Judge**

      On June 8, 2020, Defendant filed a motion seeking dismissal pursuant to Fed. R. Civ. P. 12(b)(6), or in the alternative, Fed. R. Civ. P. 56, of this action challenging the reversal of an award of disability benefits, Docket # 20, rather than filing a motion for judgment on the pleadings based on the administrative record. Accordingly, rather than following the motion schedule set forth in the Order dated December 17, 2019, Docket # 10, the Court hereby orders that Plaintiffs shall serve and file their opposition to the motion by July 8, 2020; and Defendant shall serve and file his reply, if any, by July 22, 2020.

Dated: White Plains, New York
         June 9, 2020

SO ORDERED.

Lisa Margaret Smith
United States Magistrate Judge
Southern District of New York