**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIMOTHY CARTWRIGHT, et al.,

                    Plaintiffs,

-against-                                    19 **CIVIL** 10853 (AEK)

                                            **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                    Defendant.
-----------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated September 17, 2021, the Commissioner's motion to dismiss is GRANTED, the case is dismissed with prejudice. Judgment is entered in favor of the Commissioner.

**Dated:** New York, New York

       September 17, 2021

                                                  **RUBY J. KRAJICK**
                                                  **Clerk of Court**
                          **BY:**     K. Mango
                                                    **Deputy Clerk**