UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X

TIMOTHY CARTWRIGHT, *et al.*,

                Plaintiffs,                **ORDER**

   -against-                                19-cv-10853 (AEK)

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
---------------------------------------------------------------X

**THE HONORABLE ANDREW E. KRAUSE, U.S.M.J.**

      In accordance with the Order issued by the United States Court of Appeals for the Second Circuit on August 26, 2022, *see* ECF No. 37, this case is hereby REMANDED to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.  The Clerk of Court is respectfully directed to enter judgment..

Dated: August 29, 2022
       White Plains, New York

                                    **SO ORDERED**,

                                _____
                                ANDREW E. KRAUSE
                                United States Magistrate Judge