**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIMOTHY CARTWRIGHT, *et al.*,

                Plaintiff,                19 **CIVIL** 10853(AEK)

    -v-                                    **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 29, 2022, that this action be, and hereby is, remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C. § 405(g), for further administrative proceedings.

**Dated:**  New York, New York

      August 30, 2022

                                                    **RUBY J. KRAJICK**

                                                    _____
                                                      **Clerk of Court**

                        **BY:**        _____
                                                        **Deputy Clerk**